# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARY ELLEN SPEARS,

    Plaintiff,

vs.                                   CASE NO.: 3:06cv47/MCR/EMT

OWNERS INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

Presently pending before the Court are Defendant's Motion To Strike Plaintiff's Late Served Rule 26(a)(2)(B) Expert Disclosure (doc. 18), Plaintiff's Motion To Strike Defendant's Rule 26(a)(2)(B) Expert Disclosure (doc. 31), and Plaintiff's Contingent Motion For Leave To Designate An Expert Witness (doc. 32).  Opposition to each motion has been filed.  Upon consideration of the foregoing, the Court denies Plaintiff's motion to strike Defendant's expert disclosure.  Defendant's expert, however, will _not_ be permitted to offer any opinions at trial regarding Plaintiff's failure to mitigate damages.  This limitation of testimony will obviate the need for expert rebuttal from Plaintiff; therefore, Plaintiff's contingent motion for leave to designate an expert will be denied and Defendant's motion to strike will be granted.

    ORDERED:

    1.   Plaintiff's Motion To Strike Defendant's Rule 26(a)(2)(B) Expert Disclosure (doc. 31) is DENIED.  Defendant's expert will _not_ be permitted to offer any opinions at trial regarding Plaintiff's failure to mitigate damages.

    2.   Plaintiff's Contingent Motion For Leave To Designate An Expert Witness (doc. 32) is DENIED.

3. Defendant's Motion To Strike Plaintiff's Late Served Rule 26(a)(2)(B) Expert Disclosure (doc. 18) is GRANTED.

**DONE and ORDERED** this 12th day of July, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**